UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Elijah Manders, et ano*

                *Plaintiff,*

-V-

*The City of New York, et Al.,*

                *Defendants.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

Case No. 07-CV-7752 (RJS)(JCF)

ORDER OF REFERRAL
RNC Case

RICHARD J. SULLIVAN, District Judge:

    The above entitled action is hereby referred to Magistrate Judge James C. Francis for the following purpose(s):

| | | | |
|---|---|---|---|
| _x_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:*  _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)  Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| ___ | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)  Particular Motion:_____  All such motions: _____ |

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         October 12, 2007

Richard J. Sullivan
United States District Judge