UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Elijah Manders, et ano*

                              *Plaintiff,*

-V-

*The City of New York, et Al.,*

                              *Defendants.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 10/15/07

Case No. 07-CV-7752 (RJS)(JCF)

CONSOLIDATION ORDER
RNC Case

RICHARD J. SULLIVAN, District Judge:

       The above-captioned case is hereby consolidated with 04 cv 7922, *Schiller v. City of New York*, for discovery purposes as related to the protest activity and arrests during the 2004 Republican National Convention and is referred to Magistrate Judge Francis for discovery.

Dated: October 12, 2007
          New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE