Doc

United States District Court
Southern District of New York
Office of the Clerk
US Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

------------------------------------------X         NOTICE OF
                                                    REASSIGNMENT

                                                    07cv7752

Manders et al   v.
The City of NY et al


- - - - - - - - - - - - - - - - - - - - - -X


     Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is reassigned to the calendar of

               Judge Sullivan

     All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the assigned judge's initials after the case number.

     The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.


                                       J. Michael McMahon, CLERK

Dated:
10/15/2007

                            By:    <u>Jenny R. Horne</u>
                                    Deputy Clerk


cc:   Attorneys of Record