UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
ELIJAH MANDERS and LAUREN GARVEY,

                Plaintiffs,

    -v-

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 CV 7752 (RJS) (JCF)

        **PLEASE TAKE NOTICE** that Cheryl L. Shammas hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York and Michael Bloomberg.  Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated:  New York, New York
          November 1, 2007

                MICHAEL A. CARDOZO
                Corporation Counsel of the City of New York
                *Counsel Defendants*

                By:  _____/s/_____
                      Cheryl L. Shammas (CS 4108)
                      Assistant Corporation Counsel
                      Special Federal Litigation
                      100 Church Street, Room 3-197
                      New York, New York 10007
                      212-788-1570 (direct)
                      212-788-9776 (fax)

cc:  All Parties (by ECF)