MEMO ENDORSED

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**CHERYL L. SHAMMAS, ESQ.**
Assistant Corporation Counsel
Special Federal Litigation Division
Phone: (212) 788-1570
Fax: (212) 788-9776

January 7, 2008

VIA FAX 212-805-7930
Honorable James C. Francis, IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Rm 1960
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/08

Re: Manders, et al. v. City of New York, et al., 07-CV-7752 (RJS) (JCF)

Dear Judge Francis:

Pursuant to Your Honor's orders, the time for plaintiffs to serve the summons and complaint in connection with the above-referenced action, and the time for defendants to answer same or otherwise move, fall on the same day (today, January 7, 2008). See Exhibits A and B, annexed hereto.[1]

Defendants write to respectfully request 20 days, i.e., until January 27, 2008, to answer the complaint on behalf of one of the defendants, John Bergquist, who is a *retired* member of service. We only recently learned that he was served with the summons and complaint, and thus, have not had an opportunity to meet with him and make decisions regarding representation.

---

[1] These orders were also entered in connection with *Jusick, et al. v. City of New York*, 07-cv-7683 and *Rigby v. City of New York*, 07-cv-7751.

We are filing an answer today on behalf of the City and the individual defendants who we know have been served with process.

Respectfully submitted,

*[signature]*

Cheryl L. Shammas

Encl.

Cc.: Jeffrey Rothman, Esq. (*via* email)

1/8/08
Application granted.
SO ORDERED.
*James C. Francis IV*
USMJ