# Chittur & Associates, P.C.

Attorneys & Counselors at Law
286 Madison Avenue Suite 1100
New York, NY 10017
Tel: (212) 370-0447
Fax: (212) 370-0465
Email: kchittur@chittur.com

January 7, 2008

**VIA FACSIMILE 212-805-7930**

Hon. James C. Francis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

Re: *Rahman et al. v. Smith & Wollensky*, 06 Civ. 6198 (LAK).

Dear Magistrate Judge Francis:

This is to draw Your Honor's attention to a factually inaccurate statement appearing in Your Honor's decision of January 7, 2008. At page 7, Your Honor has recorded:

> the plaintiff has now obtained the requested information,
> including privileged documents he would not otherwise have been
> entitled to

This statement is incorrect. Plaintiff has not yet received the privileged documents ordered to be produced by Judge Kaplan in December 2006.

We request that Your Honor rectify this error and revisit the findings in light of the above fact. Thank you very much.

Yours truly,

Krishnan Chittur, Esq.

Cc: Christina Feege, Esq. (Via Facsimile)

*[Handwritten endorsement:]* 1/8/07 Nothing need be revisited. Defendants shall produce the documents forthwith.

SO ORDERED.
James C. Francis IV
USMJ