UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIJAH MANDERS and LAUREN GARVEY,   )
                                    )
                    Plaintiffs,     )        **PROOF OF SERVICE**
                                    )
                                    )        **ECF CASE**
   -against-                        )
                                    )
THE CITY OF NEW YORK; MICHAEL       )
BLOOMBERG, Mayor of the City of New York; )
RAYMOND KELLY, New York City Police )
Commissioner; STEPHEN HAMMERMAN,    )        **07 Civ. 7752 (RJS)(JCF)**
Former Deputy Commissioner for Legal Matters, )
New York City Police Department; DAVID )
COHEN, Deputy Commissioner for Intelligence, )
New York City Police Department; THOMAS )
DOEPFNER, Assistant Deputy Commissioner for )
Legal Matters, New York City Police Department; )
NYPD LIEUTENANT DANIEL ALBANO; NYPD )
DEPUTY INSPECTOR KERRY SWEET, NYPD  )
Legal Bureau Executive Officer; NYPD Legal )
Bureau Senior Counsel RUBY MARIN-JORDAN )
NYPD LEGAL BUREAU SUPERVISOR(S) AT  )
PIER 57; JOSEPH ESPOSITO, Chief of the New )
York Police Department; THOMAS GRAHAM, )
Commander, Disorder Control Unit, New York City )
Police Department; JACK MCMANUS, Assistant )
Chief, New York City Police Department; BRUCE )
SMOLKA, former Commander, Patrol Borough )
Manhattan South, New York City Police )
Department; TERENCE MONAHAN, Assistant )
Chief of the Bronx Borough Command; JOHN J. )
COLGAN, Assistant Chief, New York City Police )
Department; NYPD INSPECTOR KEVIN WARD; )
NYPD INSPECTOR THOMAS DIRUSSO; NYPD )
LIEUTENANT BERGQUIST; NYPD SERGEANT )
WILLIAM MURPHY; POLICE OFFICER      )
EDWARD YOUNG, Shield No. 29580; JOHN )
DOES;RICHARD ROES; HUDSON RIVER PARK )
TRUST,                              )
                                    )
                    Defendants.     )
------------------------------------------------------------X

STATE OF NEW YORK     )
                                          )ss.:
COUNTY OF NEW YORK  )

I, Jessica G. Singer, hereby affirm under the penalties of perjury:

I am not a party to this action, I am over 18 years of age and I am employed at the Law Office of Jeffrey Rothman; 315 Broadway, Suite 200; New York, New York, 10007.

On December 27, 2007, approximately 4:00 p.m., at the Erie Basin Auto Pound, 700 Columbia Street, Brooklyn, NY 11231, I served the Summons and Complaint upon SERGEANT WILLIAM MURPHY, a defendant therein named, by personally delivering and leaving at his actual place of business with Sergeant James Hopkins, Shield No. 4282, a person of suitable age and discretion who accepted the papers on his behalf, a true copy or copies of the aforementioned documents. On December 28, 2007, I then mailed a copy of the aforementioned documents to SERGEANT WILLIAM MURPHY, a defendant therein named, at the Erie Basin Auto Pound, 700 Columbia Street, Brooklyn, NY 11231, his actual place of business, via first class mail, proper postage affixed to a sealed envelope bearing the legend "personal and confidential" and not indicating on the outside thereof in any manner that the communication is from an attorney or concerns an action against the person to be served.

January 4, 2008     _____
                                   Jessica G. Singer


STATE OF NEW YORK     )
                                          :SS
COUNTY OF NEW YORK  )

On this 4th day of January, 2008, before me personally came Jessica Singer, to me known and known to me to be the individual described in and who executed the foregoing instrument, and s/he acknowledged to me that s/he executed the same.

_____
NOTARY PUBLIC

JEFFREY A. ROTHMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02RO6104562
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JANUARY 26, 2008