**MEMO ENDORSED**



THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

CHERYL L. SHAMMAS, ESQ.
Assistant Corporation Counsel
Phone: (212) 788-1520
Fax: (212) 788-9776

January 11, 2008

VIA FAX 212-805-7930
Honorable James C. Francis, IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08
```

Re: Manders, et al. v. City of New York, et al., 07-CV-7752 (RJS) (JCF)

Dear Judge Francis:

Defendants write to respectfully request that defendants Terrence Monahan, William Murphy, Thomas Graham, and Thomas Dirusso have until January 27, 2008 to answer the complaint in connection with the above-referenced action. We just learned today that these defendants were served with process through plaintiffs' ECF filings of proofs of service. According to those filings, these four defendants were served fewer than 20 days ago (the first two were allegedly served on December 27th and the latter two on December 31st). On January 7, 2007, defendants made a similar request to Your Honor on behalf of defendant John Bergquist, which request was granted. See Memo Endorsed Order, dated 1/9/08, attached herewith. Plaintiffs consent to this request.

Similarly, we request that defendant Edward Young also have until January 27, 2008 to answer the complaint. We only became aware today, *via* ECF notification of proof of service, that this officer was served on or about December 20, 2007. Plaintiffs' counsel, Jeffrey Rothman, has stated that he will not consent to this enlargement of time.

Pursuant to Your Honor's 11/27/07 Order, the City has timely filed answers on behalf of all other defendants in this action.

Respectfully submitted,

Cheryl L. Shammas

Encl.

Cc: Jeffrey Rothman, Esq. (*via* email)

1/17/08
Applications granted.
SO ORDERED.
James C. Francis IV
USMJ