UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
ELIJAH MANDERS and LAUREN GARVEY,   : 07 Civ. 7752 (RJS) (JCF)
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiffs,          : O R D E R
　　　　　　　　　　　　　　　　　　　　:
　　- against -                     :
　　　　　　　　　　　　　　　　　　　　:
THE CITY OF NEW YORK, et al.,       :
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants.          :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

　　　Defendants having moved by letter dated March 21, 2008 for certain relief in connection with the discovery of plaintiffs Lauren Garvey and Elijah Manders, it is hereby ORDERED as follows:

　　　1.  By April 21, 2008, Ms. Garvey shall produce the requested releases.

　　　2.  Defendants' remaining applications have been withdrawn as moot.

　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　[signature: James C. Francis IV]
　　　　　　　　　　　　　JAMES C. FRANCIS IV
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         April 2, 2008

Copies mailed this date:

Alan D. Levine, Esq.
80-02 Kew Gardens Road, Suite 1010
Kew Gardens, New York 11415

Cheryl L. Shammas, Esq.
Alexis L. Leist, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007

1