```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
STEPHEN JUSICK, et al.,            : 07 Civ. 7683 (RJS) (JCF)
THEO RIGBY, et al.,                : 07 Civ. 7751 (RJS) (JCF)
ELIJAH MANDERS, et al.,            : 07 Civ. 7752 (RJS) (JCF)
                                   :
              Plaintiffs,          :      O R D E R
                                   :
     - against -                   :
                                   :
THE CITY OF NEW YORK, et al.,      :
                                   :
              Defendants.          :
- - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

*Docket in these cases*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

    Plaintiffs having moved by letter dated March 24, 2008 for an order deeming defendants have admitted certain facts, it is hereby ORDERED that the defendants are deemed to have admitted that they cannot identify any member of the NYPD, except for the officers specifically identified in the April 11, 2008 letter of Gerald S. Smith, who has personal knowledge of individual conduct of plaintiffs Elijah Manders, Lauren Garvey, Stephen Jusick, Justin Taylor, Aires De La Cruz, and Theo Rigby which served as a basis for each plaintiff's arrest. This does not preclude the defendants from presenting evidence that a plaintiff was within a group of individuals allegedly engaged in unlawful activity or from arguing that such evidence is sufficient to demonstrate probable cause.

    SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         April 22, 2008

1

Copies mailed this date:

Jeffrey A. Rothman, Esq.
315 Broadway, Suite 200
New York, New York 10007

Gerald S. Smith, Esq.
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York 10007