

**MEMO ENDORSED**

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | FRED M. WEILER<br>*Special Federal Litigation Division*<br>TEL: 212-788-1817<br>FAX: 212-788-9776 |

May 14, 2008

**LEAD CASE**
**04 CIV 7922**
**(RJS) (JCF)**

**BY FAX 212-805-7930**

Honorable James C. Francis IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

**DOCKET IN ALL CASES**

Re: *Coburn et al. v. City of New York et al.* (05 CV 7623) (RJS) (JCF)
*Phillips et al. v. City of New York et al.* (05 CV 7624) (RJS) (JCF)
*Sloan et al. v. City of New York et al.* (05 CV 7668) (RJS) (JCF)
*Galitzer v. City of New York et al.* (05 CV 7669) (RJS) (JCF)
*Bastidas et al. v. City of New York et al.* (05 CV 7670) (RJS) (JCF)
*Xu et al. v. City of New York et al.* (05 CV 7672) (RJS) (JCF)
*Sikelianos v. City of New York et al.* (05 CV 7673) (RJS) (JCF)
*Drescher v. City of New York et al.* (05 CV 7541) (RJS) (JCF)
*Manders et al. v. City of New York et al.* (07 CV 7752) (RJS) (JCF)
*Jusick et al. v. City of New York et al.* (07 CV 7683) (RJS) (JCF)
*Rigby v. City of New York et al.* (07 CV 7751) (RJS) (JCF)

Dear Judge Francis:

We write in connection with Your Honor's Order dated April 18, 2008 ("April 18 Order") in the above-referenced cases, a decision on plaintiffs' January 22, 2008 motion to compel.

In the April 18 Order, in paragraphs 8 and 13, Your Honor ordered defendants to produce the CCRB files of Lt. Daniel Albano, Lt. William Cooke, PO Javier Cordero, and PO Marc Stasi by May 16, 2008. Defendants requested these files from CCRB some time ago. However, because of staffing issues at CCRB, there will be a slight delay on CCRB's part in locating and copying the files. Accordingly, defendants request a short extension, to June 13, 2008, in which to produce these CCRB files. Plaintiffs' counsel has only consented to an extension until May 30, 2008.

If this request meets with your approval, would you be so kind as to "so order" it? Thank you for your time and consideration.

Respectfully submitted,

Fred M. Weiler (FW 5864)

cc: Jeffrey Rothman, Esq.
*Attorney for Plaintiffs*
315 Broadway, Suite 200
New York, NY 10007

5/14/08

Extension granted to May 30, 2008.
SO ORDERED.

James C. Francis IV
USMJ

2