UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
ELIJAH MANDERS and LAUREN GARVEY,

                      Plaintiffs,

    -v-

CITY OF NEW YORK, et al.,

                      Defendants.
------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

07 CV 7752 (RJS) (JCF)

       **PLEASE TAKE NOTICE** that Alexis L. Leist hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York and Michael Bloomberg. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
       May 21, 2008

                              MICHAEL A. CARDOZO
                              Corporation Counsel of the City of New York
                              *Counsel Defendants*

                              By: _____
                                  Alexis L. Leist (AL 4692)
                              Assistant Corporation Counsel
                              Special Federal Litigation
                              100 Church Street, Room 3-153
                              New York, New York 10007
                              212-788-0971 (direct)
                              212-788-9776 (fax)

cc: All Parties (by ECF)